1  WRIGHT, FINLAY & ZAK, LLP
2  T. Robert Finlay, Esq., SBN 167280
   Helen W. Quan, Esq., SBN 207361
3  4665 MacArthur Court, Suite 280
4  Newport Beach, CA  92660
   Tel: (949) 477-5050; Fax: (949) 477-9200
5  *rfinlay@wrightlegal.net; hquan@wrightlegal.net*
6  Attorneys for Defendants, Residential Credit Solutions, Inc. and MERSCORP.,
7  Inc., dba Mortgage Electronic Registration Systems, Inc.

8  **UNITED STATES DISTRICT COURT**
9  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10
11  LORNA DELORES THOMPSON,                ) Case No.:  11-cv-02261-WBS-DAD
                                           )
12          Plaintiff,                     ) Judge: Hon. William B. Shubb
                                           )
13     vs.                                 ) **ORDER GRANTING**
14                                         ) **STIPULATION TO CONTINUE**
15  RESIDENTIAL CREDIT SOLUTIONS,          ) **DEADLINE TO FILE JOINT**
    INC., a Delaware Corporation;          ) **STATUS REPORT AND STATUS**
16  AMERICAN BROKERS CONDUIT, A            ) **CONFERENCE**
17  DIVISION OF AMERICAN HOME              )
    MORTGAGE INVESTMENT                    ) [Filed Concurrently with Stipulation
18  CORPORATION, a Maryland                ) To Continue Deadline To File Joint
19  Corporation; MERSCORP, INC. dba        ) Status Report And Status
20  MORTGAGE ELECTRONIC                    ) Conference]
    REGISTRATION SYSTEM, INC. AS           )
21  NOMINEE FOR AMERICAN                   )
22  BROKERS CONDUIT, AMERICAN              )
    HOME MORTGAGE SERVICING,               )
23  INC., and all persons unknown claiming )
24  any legal or equitable right, title, estate, )
25  lien, or interest in the property, described )
    in the complaint adviser to Plaintiff's title, )
26  and any cloud on Plaintiff's title thereto,  )
27  and DOES 1-100, inclusive,             )
                                           )
28          Defendants.                    )

-1-

**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE DEADLINE
TO FILE JOINT STATUS REPORT AND STATUS CONFERENCE**

1      The Court having considered Plaintiff LORNA DELORES THOMPSON
2  ("Plaintiff") and Defendants RESIDENTIAL CREDIT SOLUTIONS, INC. and
3  MERSCORP., INC., dba MORTGAGE ELECTRONIC REGISTRATION
4  SYSTEMS, INC. ("Defendants") Stipulation To Continue Deadline To File Joint
5  Status Report And Status Conference, hereby GRANTS the Stipulation and
6  ORDERS that the deadline for Plaintiff and Defendants to confer and submit the
7  Joint Status Report shall be continued to thirty (30) days after Defendants have
8  answered the operative complaint.  Accordingly the Status Conference will be
9  continued to **March 19, 2012 at 2:00 p.m. on Courtroom 5.**  A Joint Status
10 Report shall be filed no later than **March 5, 2012.**

12      **IT IS SO ORDERED.**

15 Dated:      December 9, 2011

            *[signature]*
            WILLIAM B. SHUBB
            UNITED STATES DISTRICT JUDGE