WRIGHT, FINLAY & ZAK, LLP
T. Robert Finlay, Esq., SBN 167280
Helen W. Quan, Esq., SBN 207361
4665 MacArthur Court, Suite 280
Newport Beach, CA  92660
Tel: (949) 477-5050; Fax: (949) 477-9200
*rfinlay@wrightlegal.net; hquan@wrightlegal.net*
Attorneys for Defendants, Residential Credit Solutions, Inc. and MERSCORP., Inc., dba Mortgage Electronic Registration Systems, Inc.

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORNA DELORES THOMPSON,          ) | Case No.:  11-cv-02261-WBS-DAD |
|                                                         ) | |
|                 Plaintiff,                           ) | Judge: Hon. William B. Shubb |
|                                                         ) | |
|         vs.                                           ) | **ORDER GRANTING** |
|                                                         ) | **STIPULATION TO CONTINUE** |
| RESIDENTIAL CREDIT SOLUTIONS, ) | **DEADLINE TO FILE JOINT** |
| INC., a Delaware Corporation;         ) | **STATUS REPORT AND STATUS** |
| AMERICAN BROKERS CONDUIT, A  ) | **CONFERENCE** |
| DIVISION OF AMERICAN HOME       ) | |
| MORTGAGE INVESTMENT               ) | [Filed Concurrently with Stipulation |
| CORPORATION, a Maryland              ) | To Continue Deadline To File Joint |
| Corporation; MERSCORP, INC. dba    ) | Status Report And Status |
| MORTGAGE ELECTRONIC               ) | Conference] |
| REGISTRATION SYSTEM, INC. AS    ) | |
| NOMINEE FOR AMERICAN              ) | |
| BROKERS CONDUIT, AMERICAN     ) | |
| HOME MORTGAGE SERVICING,       ) | |
| INC., and all persons unknown claiming ) | |
| any legal or equitable right, title, estate, ) | |
| lien, or interest in the property, described ) | |
| in the complaint adviser to Plaintiff's title,) | |
| and any cloud on Plaintiff's title thereto,  ) | |
| and DOES 1-100, inclusive,                   ) | |
|                                                         ) | |
|                 Defendants.                       ) | |

-1-

**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE DEADLINE
TO FILE JOINT STATUS REPORT AND STATUS CONFERENCE**

1  The Court having considered Plaintiff LORNA DELORES THOMPSON ("Plaintiff") and Defendants RESIDENTIAL CREDIT SOLUTIONS, INC. and MERSCORP., INC., dba MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("Defendants") Stipulation To Continue Deadline To File Joint Status Report And Status Conference, hereby GRANTS the Stipulation and ORDERS that the deadline for Plaintiff and Defendants to confer and submit the Joint Status Report shall be continued to thirty (30) days after Defendants have answered the operative complaint. Accordingly the Status Conference will be continued to **March 19, 2012 at 2:00 p.m. on Courtroom 5.** A Joint Status Report shall be filed no later than **March 5, 2012**.

**IT IS SO ORDERED.**

Dated: December 9, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE