UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| LORNA DELORES THOMPSON, | NO. CIV. 2:11-2261 WBS DAD |
| Plaintiff, | |
| | ORDER TO SHOW CAUSE |
| v. | |
| RESIDENTIAL CREDIT SOLUTIONS, INC., a Delaware Corporation; AMERICAN BROKERS CONDUIT, A DIVISION OF AMERICAN HOME MORTGAGE INVESTMENT CORPORATION, a Maryland Corporation; MERSCORP, INC. dba MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC. AS NOMINEE FOR AMERICAN BROKERS CONDUIT, AMERICAN HOME MORTGAGE SERVICING, INC., and all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property, described in the complaint adverse to Plaintiff's title, and any cloud on Plaintiff's title thereto, and DOES 1-100, inclusive, | |
| Defendants. | |

1

1    Plaintiff Lorna Delores Thompson brings this action
2 against defendants Residential Credit Solutions, Inc. ("RCS"),
3 American Brokers Conduit ("ABC"), a division of American Home
4 Mortgage Investment Corporation ("AHMIC"), Merscorp, Inc.
5 ("Merscorp"), dba Mortgage Electronic Registration System, Inc.
6 ("MERS") as nominee for American Brokers Conduit, and American
7 Home Mortgage Servicing, Inc. ("AHMSI"), arising from defendants'
8 allegedly wrongful conduct related to a residential loan.
9    Pursuant to Federal Rule of Civil Procedure 16(b), the
10 court issued a Status (Pretrial Scheduling) Order on March 15,
11 2012.  (Docket No. 27.)  Among other deadlines, it set March 30,
12 2012 as the deadline for plaintiff to complete service.  (March
13 15, 2012 Order at 2.)  The court dismissed plaintiffs' Third
14 Amended Complaint with prejudice on May 5, 2012.  (Docket No.
15 31.)  As of today, it appears that plaintiff has yet to serve
16 defendant ABC with the summons and complaint, in violation of the
17 court's scheduling order.
18    Pursuant to Rule 16(f), if a party fails to comply with
19 a scheduling order, the court may issue any just order.  Fed. R.
20 Civ. P. 16(f)(C).  If plaintiff does not show cause in writing on
21 or before August 27, 2013 why ABC should not be dismissed for
22 plaintiff's failure to comply with the court's scheduling order,
23 the court will order ABC's dismissal with prejudice.
24    The status conference set for August 19, 2013 is hereby
25 vacated.
26    IT IS SO ORDERED.
27 DATED:  August 13, 2013

                            _____
                            WILLIAM B. SHUBB
                            UNITED STATES DISTRICT JUDGE