UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| LORNA DELORES THOMPSON, | NO. CIV. 2:11-2261 WBS DAD |
| Plaintiff, | ORDER |
| v. | |
| RESIDENTIAL CREDIT SOLUTIONS, INC., a Delaware Corporation; AMERICAN BROKERS CONDUIT, A DIVISION OF AMERICAN HOME MORTGAGE INVESTMENT CORPORATION, a Maryland Corporation; MERSCORP, INC. dba MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC. AS NOMINEE FOR AMERICAN BROKERS CONDUIT, AMERICAN HOME MORTGAGE SERVICING, INC., and all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property, described in the complaint adverse to Plaintiff's title, and any cloud on Plaintiff's title thereto, and DOES 1-100, inclusive, | |
| Defendants. | |

----oo0oo----

1

1              Plaintiff Lorna Delores Thompson brought this action
2    against defendants Residential Credit Solutions, Inc. ("RCS"),
3    American Brokers Conduit ("ABC"), a division of American Home
4    Mortgage Investment Corporation ("AHMIC"), Merscorp, Inc.
5    ("Merscorp"), dba Mortgage Electronic Registration System, Inc.
6    ("MERS") as nominee for American Brokers Conduit, and American
7    Home Mortgage Servicing, Inc. ("AHMSI"), arising from defendants'
8    allegedly wrongful conduct related to a residential loan.
9              Pursuant to Federal Rule of Civil Procedure 16(b), the
10   court issued a Status (Pretrial Scheduling) Order on March 15,
11   2012.  (Docket No. 27.)  Among other deadlines, it set March 30,
12   2012 as the deadline for plaintiff to complete service.  (March
13   15, 2012 Order at 2.)  The court dismissed plaintiff's Third
14   Amended Complaint with prejudice on May 5, 2012.  (Docket No.
15   31.)
16             On August 13, 2013, the court ordered plaintiff to show
17   cause in writing on or before August 27, 2013 why ABC should not
18   be dismissed for plaintiff's failure to serve ABC with the
19   summons and complaint in violation of the court's scheduling
20   order.  (Docket No. 35.)  The court explained that if cause was
21   not shown, ABC would be dismissed with prejudice.  Plaintiff did
22   not show cause as of August 30, 2013.
23             IT IS THEREFORE ORDERED that American Brokers Conduit
24   be, and the same hereby is, dismissed with prejudice.
25   ///
26   ///
27   ///
28

1    The Clerk of Court shall enter judgment consistent with
2 this Order and close the file.
3 Dated:  August 30, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE